UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LEWIS, | ) | 1:06-CV-00501 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO AMEND PETITION |
| v. | ) | [Doc. #12] |
| | ) | |
| ROY A. CASTRO, Warden, | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO CHANGE NAME OF RESPONDENT |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 31, 2006, following a preliminary screening of the petition, the Court issued an order granting Petitioner leave to file a motion to amend the petition to name a proper respondent. On June 12, 2006, Petitioner filed a motion to amend the petition to name Roy A. Castro, Warden, as Respondent in this matter. As of the date Petitioner filed his motion, Roy A. Castro is Warden of North Kern State Prison, which is where Petitioner is currently housed.

Accordingly, Petitioner's motion is GRANTED. The Clerk of Court is DIRECTED to change the name of Respondent to Roy A. Castro.

IT IS SO ORDERED.

**Dated:   June 14, 2006**                    **/s/ Lawrence J. O'Neill**
b9ed48                                              UNITED STATES MAGISTRATE JUDGE