UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEWIS,<br><br>    Petitioner,<br><br>    v.<br><br>ROY A. CASTRO, Warden,<br><br>    Respondent. | 1:06-CV-00501-OWW-LJO-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br>(DOCUMENT #20) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 25, 2006, petitioner filed a motion to extend time to file an opposition to the motion to dismiss filed by respondent on August 14, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file an opposition to respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:   October 6, 2006**            /s/ Lawrence J. O'Neill
23ehd0                                  UNITED STATES MAGISTRATE JUDGE