1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

MICHAEL LEWIS,                    )    1:06-CV-00501 OWW NEW (DLB) HC
11                                )
                 Petitioner,      )    ORDER ADOPTING FINDINGS AND
12                                )    RECOMMENDATION [Doc. #27]
                                  )
13       v.                       )    ORDER DENYING RESPONDENT'S
                                  )    MOTION TO DISMISS
14                                )
                                  )    ORDER STAYING PETITION FOR WRIT
15   ROY A. CASTRO, Warden,       )    OF HABEAS CORPUS
                                  )
16               Respondent.      )    ORDER DIRECTING PETITIONER TO FILE
_____ )    STATUS REPORT
17

18        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

19   pursuant to 28 U.S.C. § 2254.

20        On January 25, 2007, the Magistrate Judge issued a Findings and Recommendation that

21   recommended Respondent's motion to dismiss the petition be DENIED and Petitioner's request for

22   stay be GRANTED. This Findings and Recommendation was served on all parties and contained

23   notice that any objections to the Findings and Recommendation were to be filed within ten court

24   days (plus three days for mailing) of the date of service of the order.  The time for filing objections

25   has passed and no party has objected.

26        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

27   *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

28   and Recommendation is supported by the record and proper analysis. The petition will be stayed

1  pending exhaustion of Petitioner's state remedies.

2  However, the Court will not indefinitely hold the petition in abeyance. <u>Rhines v. Weber</u>, 544

3  U.S. 269, 277 (2005).  Petitioner must inform the Court no later than thirty (30) days after the date of

4  service of this order the cases that have been filed in state court, the date any cases were filed, and

5  any outcomes.[1]  Further, Petitioner must proceed diligently to pursue his state court remedies and

6  must file a new status report every thirty (90) days thereafter as to the status of the state court

7  proceedings.  Following final action by the state courts, Petitioner will be allowed thirty (30) days to

8  file a motion for leave to amend the petition to include the newly exhausted claims. Failure to

9  comply with these instructions and time allowances will result in this Court vacating the stay *nunc*

10  *pro tunc* to the date of this order. <u>Rhines</u>, 544 U.S. at 278.

11  Accordingly, IT IS HEREBY ORDERED that:

12  1. The Findings and Recommendation issued January 25, 2007, is ADOPTED IN FULL;

13  2. Respondent's motion to dismiss is DENIED;

14  3. The petition for writ of habeas corpus is STAYED pending Petitioner's exhaustion of state

15  remedies;

16  4. Petitioner is DIRECTED to file a status report within thirty (30) days of the date of service

17  of this order advising the court of the cases that have been filed in state court, the date the cases were

18  filed, and any outcomes;

19  5.  Petitioner is DIRECTED to file a new status report every ninety (90) days after filing his

20  initial status report; and

21  6.  Petitioner is GRANTED thirty (30) days time following the final order of the state courts

22  in which to file a final status report.

23  IT IS SO ORDERED.

24  **Dated:    March 6, 2007**                          **/s/ Oliver W. Wanger**
    emm0d6                                           UNITED STATES DISTRICT JUDGE

25

26

27

28  ───────────────
    [1]The filing should be titled: "Status Report."