UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LEWIS, | ) | 1:06-CV-00501 OWW NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | ORDER CONSTRUING PETITIONER'S |
| | ) | MOTION FOR JUDGMENT AS MOTION TO |
| | ) | LIFT STAY AND AMEND PETITION |
| v. | ) | [Doc. #33] |
| | ) | |
| | ) | ORDER GRANTING PETITIONER'S |
| ROY A. CASTRO, Warden, | ) | MOTION TO LIFT STAY |
| | ) | |
| Respondent. | ) | ORDER GRANTING PETITIONER LEAVE |
| | ) | TO FILE AN AMENDED PETITION |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 7, 2007, the District Court issued an Order adopting the Findings and Recommendation issued on January 25, 2007. Respondent's motion to dismiss was denied and Petitioner was granted a stay of the proceedings to allow him to return to state court to exhaust his state remedies with respect to his single unexhausted claim.

On September 12, 2007, Petitioner filed a motion entitled "Motion for Court to Give Judgment Without Regard to Technical Errors Not Affecting Substantial Rights." Petitioner attached several other documents to this motion. A review of these documents reveals that Petitioner has completed exhaustion of his state remedies with respect to his unexhausted claim. He asks that the

stay be lifted and the proceedings resume. He has submitted an amended petition; however, the proposed amended petition is confusing in setting forth the claims. The amended petition only presents one claim and then refers the Court to the attached memorandum for supporting facts and argument. However, the attached memorandum also references the original petition. It is not clear whether Petitioner intends to abandon the claim he initially included with the newly exhausted claim, or if he intends to retain it. Petitioner is advised that the amended petition must be complete in and of itself. In other words, the Court will not refer back to previous petitions to locate claims he seeks to present. If he wishes to include the initial claim he presented, it too must be included in the amended petition. The instant proposed amended petition is therefore deficient.

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion for judgment is CONSTRUED as a motion to lift the stay and amend the petition;

2) Petitioner's motion to lift the stay is GRANTED;

3) Petitioner's motion to amend the petition is GRANTED:

4) The Clerk of Court is DIRECTED to provide Petitioner with a blank habeas form petition; and

5) Petitioner is GRANTED thirty (30) days from the date of service of this order to file an amended petition.

IT IS SO ORDERED.

Dated:   **September 24, 2007**            /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE