IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEWIS,<br><br>    Petitioner,<br><br>    vs.<br><br>ROY A. CASTRO,<br><br>    Respondent.<br>_____/ | 1:06-cv-00501 LJO GSA (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #43)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 3, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:   **January 6, 2009**            /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE